PFE/BLP: MARCH 2022
GJ#21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Case No. |
| ) | |
| SHANNON RAY BITTLE, ) | |
| also known as "Lee Perry" ) | |

# <u>INDICTMENT</u>

<u>COUNT ONE</u>:  **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 20th day of January 2022, in Shelby County, within the Northern District of Alabama, the Defendant,

**SHANNON RAY BITTLE,**
**also known as "Lee Perry,"**

did willfully receive and possess a machinegun, that is, an **Anderson Manufacturing AM-15, chambered in .300 AAC Blackout pistol**, in violation of Title 18, United States Code, Section 922(o).

**COUNT TWO:  [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 16th day of February 2022, in Jefferson County, within the Northern District of Alabama, the Defendant,

**SHANNON RAY BITTLE,
also known as "Lee Perry,"**

did willfully receive and possess a firearm, that is, a **Griffin Armament MK1 pistol**, in violation of Title 18, United States Code, Section 922(o).

**COUNT THREE: [18 U.S.C. § 922(a)(1)(A)]**

The Grand Jury charges that:

From in or about January 2022 to on or about February 16, 2022, more exact dates being otherwise unknown, in Shelby County, Jefferson County, and elsewhere, within the Northern District of Alabama, the defendant,

**SHANNON RAY BITTLE,
also known as "Lee Perry,"**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

NOTICE OF FORFEITURE
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses charged in Counts One and/or Two of this Indictment for violations of 18 U.S.C. § 922(o) and 26 U.S.C. § 5861(i), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Anderson Manufacturing AM-15, chambered in .300 AAC Blackout pistol, bearing serial number 21275275x, and a Griffin Armament MK1 pistol**, **bearing serial number MK15539.**

A TRUE BILL

/s/Electronic Signature
_____
FOREPERSON OF THE GRAND JURY

                                                   PRIM F. ESCALONA
                                                   United States Attorney

                                                   /s/Electronic Signature
                                                 _____
                                                 BRITTNEY L. PLYLER
                                                 Assistant United States Attorney